United States District Court
Southern District of Texas
**ENTERED**
February 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELITE PRECISION FABRICATORS, INC., | § § § § § | |
| Plaintiff, | | |
| v. | § § § § § | CIVIL ACTION NO. H-14-2086 |
| GENERAL DYNAMICS LAND SYSTEMS, | | |
| Defendant. | | |

### ORDER OF DISMISSAL

On December 18, 2015, the court entered a Memorandum Opinion and Order granting General Dynamics Land Systems' Motion to Compel Arbitration (Docket Entry No. 24). Counsel have now advised the court that all claims are being arbitrated. (Status Report, Docket Entry No. 25) A district court has the discretion to dismiss an action when all the issues raised in the district court must be submitted to arbitration. <u>Alford v. Dean Witter Reynolds, Inc.</u>, 975 F.2d 1161, 1164 (5th Cir. 1992). Because all of the issues in this action are being arbitrated, there is no reason to retain jurisdiction over the case. Accordingly, this action is **DISMISSED**.

**SIGNED** at Houston, Texas, on this 29th day of February, 2016.

SIM LAKE
UNITED STATES DISTRICT JUDGE